UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>      Plaintiff,<br><br>  v.<br><br>RUBEN JACINTO-HERNANDEZ<br><br>      Defendant. | CR 12-00614-PA<br><br>ORDER OF DETENTION AFTER HEARING (Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation/ Supervised Release Conditions) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

  (A)  (X)  the appearance of defendant as required; and/or

  (B)  (X)  the safety of any person or the community.

//

//

The court concludes:

A. (X) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will not comply with conditions of release. Also, defendant's criminal history and commission of new crime on release show he is risk to safety of community._

(B) (X) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he will comply with conditions. Also, defendant's illegal status, criminal history & lack of bail resources render him a flight risk._

IT IS ORDERED that defendant be detained.

DATED: 11/8/17

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2